UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-CR-20081 |
| NEVIN L. LENTON, | ) |
| Defendant. | ) |

### OPINION

This case is before the court for ruling on the Motion to Allow Defense of Entrapment at Trial (#16) filed by Defendant, Nevin L. Lenton. This court has carefully considered Defendant's Motion (#16) and the Government's Response (#17). Following this court's consideration of the arguments presented by the parties, Defendant's Motion to Allow Defense of Entrapment at Trial (#16) is GRANTED. Defendant will be allowed to present evidence of entrapment as to Count 1 of the Indictment during the trial. However, this court agrees with the Government that the issue of whether it is appropriate to instruct the jury on such an entrapment defense is reserved until sufficient evidence is developed at trial.

IT IS THEREFORE ORDERED THAT:

(1) Defendant's Motion to Allow Defense of Entrapment at Trial (#16) is GRANTED. Defendant will be allowed to present evidence of entrapment as to Count 1 of the Indictment during the trial. However, the issue of whether it is appropriate to instruct the jury on such an entrapment defense is reserved until sufficient evidence is developed at trial.

(2) This case remains scheduled for a final pretrial conference on July 19, 2013 at 11:00 a.m. and a jury trial on August 5, 2013 at 9:00 a.m.

ENTERED this 21st day of May, 2013

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE